1

2                                 UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
3                                          AT SEATTLE

4    KEYBANK NATIONAL
     ASSOCIATION,
5
                                        Plaintiff,
6
7                     v.                                    C23-1303 TSZ

8    ABSHER CONSTRUCTION CO.,                               MINUTE ORDER
     ELCON CORPORATION, and
9    TRAVELERS CASUALTY AND
     SURETY COMPANY OF AMERICA,
10
                                        Defendants.
11
           The following Minute Order is made by direction of the Court, the Honorable
12
     Thomas S. Zilly, United States District Judge:
13
           (1)     The parties are DIRECTED to file a Joint Status Report updating the Court
     as to the status of the case on or before December 31, 2024, or within fourteen (14) days
14
     of the resolution of the state court receivership proceeding, whichever occurs sooner.[1]
15
           (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
16   record.

17         Dated this 8th day of July, 2024.

18
                                                    Ravi Subramanian
19                                                  Clerk

20                                                  s/Laurie Cuaresma
                                                    Deputy Clerk
21
     _____
22   [1] In their most recent Joint Status Report, docket no. 22, the parties indicate that they disagree
     whether continuing the stay in this case is appropriate.  *See* Joint Status Report at 2–3 (docket
23   no. 22).  The Court declines to the lift the stay in this case absent a motion seeking such relief.

MINUTE ORDER - 1